TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00079-CV

Coffman Specialties, Inc., Appellant

v.

Walker Construction Co., Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT

NO. 97-11958, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING 

PER CURIAM

 All matters of fact and things in controversy have been fully compromised and
settled by and between the parties to this cause. The Court has received appellant's 
acknowledgment that the parties have settled this matter and will not pursue an appeal.
Accordingly, the appeal in this cause is hereby dismissed. See Tex. R. App. P. 42.1(a)(2).

Before Justices Powers, Kidd and B. A. Smith

Dismissed 

Filed: April 30, 1998

Do Not Publish